IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGINIA COLE | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| C/T INSTALL AMERICA, LLC | : No. 5:25-cv-03531-CH | |

ORDER

AND NOW, this _____ day of _____, 2025 it is hereby

ORDERED that the application of __Anthony Paronich_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.[1]

☐ DENIED.

_s/ Catherine Henry_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.