# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGINIA COLE, individually and On behalf of all others similarly situated, | : : : : | CIVIL ACTION |
| | : | Case No.: 5:25-CV-03531-CH |
| Plaintiff, | : : | |
| v. | : : | |
| | : | HENRY, J. |
| C/T INSTALL AMERICA, LLC | : : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of ANDREW W. MUIR, ESQUIRE on behalf of Defendant, C/T INSTALL AMERICA, LLC, in connection with the above-captioned matter.

                                              Respectfully submitted,

                                              **MUIR LAW OFFICES**

August 2, 2025                      */s/ Andrew W. Muir*
                                              Andrew W. Muir, Esquire
                                              Attorney I.D. No. 314819
                                              Attorneys for Defendant
                                              560 Van Reed Road, Suite 307
                                              Wyomissing, PA 19610
                                              attorneymuir@outlook.com
                                              Tel:  610.451.6823