IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGINIA COLE, on behalf of herself and others similarly situated | : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 25-3531 |
| C/T INSTALL AMERICA, LLC | : : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 4th day of August, 2025, upon review of Defendant's First Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (ECF No. 9), it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint no later than **September 3, 2025**.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**