**Andrew W. Muir, Esq.**
Muir Law Offices
560 Van Reed Road, Suite 307
Wyomissing, PA 19610
attorneymuir@outlook.com

*Attorney for Defendant C/T Install America, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA COLE, *on behalf of herself and others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> C/T INSTALL AMERICA, LLC <br><br> Defendant. | Case No.: 5:25-cv-03531-CH <br><br> Hon. Catherine Henry, U.S.D.J. |

## DEFENDANT C/T INSTALL AMERICA, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant C/T Install America, LLC ("Install America"), by and through its undersigned counsel, hereby files this Motion to Dismiss for Failure to State a Claim, pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Install America incorporates the attached Memorandum of Law and Declaration of Andrew W. Muir. Install America respectfully requests that this Court dismiss the Complaint (Dkt. No. 1) with prejudice.

Dated: September 3, 2025

/s/ Andrew W. Muir
  Andrew W. Muir, Esq.
  Muir Law Offices
  560 Van Reed Road, Suite 307
  Wyomissing, PA 19610
  attorneymuir@outlook.com

*Attorney for Defendant C/T Install America, LLC*

## **CERTIFICATE OF SERVICE**

I, Andrew W. Muir, hereby certify that I caused a true and correct copy of Defendant's Motion to Dismiss, Memorandum in Support thereof, Declaration of Andrew W. Muir, and Proposed Order, to be served upon Plaintiff's counsel in accordance with Federal Rules of Civil Procedure 5(b).

Dated: September 3, 2025

/s/ Andrew W. Muir
Andrew W. Muir, Esq.
Muir Law Offices
560 Van Reed Road, Suite 307
Wyomissing, PA 19610
attorneymuir@outlook.com

*Attorney for Defendant C/T Install America, LLC*