UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA COLE, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>C/T INSTALL AMERICA, LLC<br><br>Defendant. | Case No.: 5:25-cv-03531-CH<br><br>Hon. Catherine Henry, U.S.D.J. |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

WHEREAS, having considered the Motion to Dismiss filed by Defendant C/T Install America, LLC (the "Motion"), the supporting Memorandum of Law in support thereof, and any responses thereto, and for good cause shown;

IT IS SO ORDERED this _____ day of _____, 2025, that:

1. The Motion is hereby GRANTED; and

2. Plaintiff's Complaint is hereby dismissed with prejudice.

_____
Hon. Catherine Henry