Andrew W. Muir, Esq.
Muir Law Offices
560 Van Reed Road, Suite 307
Wyomissing, PA 19610
attorneymuir@outlook.com
*Attorneys for Defendant C/T Install America, LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA COLE, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>C/T INSTALL AMERICA, LLC<br><br>Defendant. | Case No.: 5:25-cv-03531-CH<br><br>Hon. Catherine Henry, U.S.D.J. |

### DEFENDANT C/T INSTALL AMERICA, LLC'S
### NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant C/T Install America, LLC respectfully submits this Notice of Supplemental Authority to bring to the Court's attention the recent decision in *Sayed v. Naturopathica Holistic Health, Inc.*, No. 8:25-cv-00847, 2025 WL 2997759 (M.D. Fla. Oct. 24, 2025), which directly addressed arguments raised in Defendant's motion to dismiss. A true and accurate copy of that decision is attached as **Exhibit 1.**

The Court in *Sayed* "agree[d] with and adopt[ed] Judge Wisner's opinion in *Davis v. CVS Pharmacy, Inc.*, No. 4:24-cv-477 2025 WL 2491195, at *1 (N.D. Fla. 2025), that "the statutory text here is clear, and a text message is not a 'telephone call.'" *Id*. at *2. The Court's rationale is clear: "[i]n addition to the fact that in common American Eng-lish usage, a 'telephone call' and a 'text message' are separate and distinct forms of communication, the term 'text message' appears

1

elsewhere in the TCPA and related amendments, an appearance that confirms Congress understood the pertinent dis-tinction and legislated mindful of the distinction." *Id.* (alterations in original).

The decision in *Sayed* confirms the growing trend of district court's agreeing that the protections of §227(c) of the TCPA do not extend to text messages. Therefore, Defendant's motion to dismiss should be granted.

/s/ Andrew W. Muir
Andrew W. Muir, Esq.
Muir Law Offices
560 Van Reed Road, Suite 307
Wyomissing, PA 19610
attorneymuir@outlook.com
*Attorney for Defendant*
*C/T Install America, LLC*

November 21, 2025

## CERTIFICATE OF SERVICE

I certify that on November 21, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

                                          By:    /s/ Andrew W. Muir
                                                       Andrew W. Muir, Esquire

4924-4402-7245v.5