UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA COLE, *on behalf of herself and others similarly situated*,<br><br>                    Plaintiff,<br><br>     vs.<br><br>C/T INSTALL AMERICA, LLC<br><br>                    Defendant. | CIVIL ACTION<br><br>Case No.: 5:25-cv-03531-CH<br><br>Hon.  Catherine Henry, U.S.D.J. |

## NOTICE OF APPEARANCE

Kindly enter the appearance of  STEVEN W SCHLESINGER, ESQUIRE of the law firm of KELLEY DRYE & WARREN LLP, on behalf of Defendant, C/T INSTALL AMERICA, LLC, in connection with the above-captioned matter.

Respectfully submitted,

**KELLEY DRYE & WARREN LLP**

/s/ *Steven W Schlesinger, Esq.*

Steven W Schlesinger, Esq.
Attorney I.D. No. 332869
3 World Trade Center
175 Greenwich Street
New York, NY 10007
sschlesinger@kelleydrye.com
T:  (212) 808-7800

*Attorneys for Defendant C/T Install America, LLC*