UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA COLE *on behalf of herself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> C/T INSTALL AMERICA, LLC <br><br> Defendant. | Civil Action No.: 5:25-cv-03531-CH <br><br> Class Action Complaint <br><br> Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF HER RESPONSE
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Virginia Cole ("Plaintiff") submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Defendant's Motion to Dismiss the Complaint (ECF No. 11). On March 12, 2026, the United States District Court for the Eastern District of Pennsylvania denied a motion to dismiss raising arguments materially similar to those asserted by Defendant here, including the contention that text messages do not constitute "calls" under the Telephone Consumer Protection Act. *Newell v. RxLink Inc.*, Civil Action No. 2:25-cv-4270, ECF No. 43 (E.D. Pa. Mar. 12, 2026). Judge Perez in Newell was the first judge in a Third Circuit District Court to address the issue that text messages do not constitute "calls" under the Telephone Consumer Protection Act.

The motion to dismiss in *Newell* was fully briefed and supported by extensive additional briefing, including a sur-reply and multiple notices of supplemental authority from both parties. After considering that briefing, the court denied the motion. The Court's Order states, in its entirety:

1

"Upon consideration of Defendant's Motion to Dismiss (ECF 15), Plaintiffs' opposition (ECF 23) and the other supplemental briefing in this matter (ECF Nos. 33, 38, 39–41), it is hereby ORDERED that Defendant's motion is DENIED."

Although the Court did not issue a written opinion, the denial of the motion after extensive briefing further confirms that the arguments advanced by Defendant here do not provide a basis for dismissal at the pleading stage.

     Plaintiff respectfully requests that the Court consider this authority in evaluating Defendant's Motion to Dismiss.

                                                                           Respectfully Submitted,

Dated: March 15, 2026

                                                  PLAINTIFF,
By his attorney

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
**Attorney for Plaintiff**