**UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VIRGINIA COLE, *on behalf of herself and others similarly situated*, | : : | CIVIL ACTION NO. 5:25-cv-03531-CH |
| Plaintiff, | : : | |
| v. | : : | |
| C/T INSTALL AMERICA, LLC, | : : | MARCH 16, 2026 |
| Defendant. | : | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF JAMES B. SAYLOR**
**AS COUNSEL FOR DEFENDANT C/T INSTALL AMERICA, LLC**

Pursuant to Local Rule of Civil Procedure 83.5.2(b) and Section II.D. of Your Honor's Policies and Procedures, the undersigned attorney, Steven W Schlesinger, respectfully moves this Court for the *pro hac vice* admission of James B. Saylor, Esq. to serve as counsel for Defendant C/T Install America, LLC ("Defendant") in the above-captioned matter. In support of this Motion, the undersigned states:

1.     I am admitted to practice and in good standing before the United States District Court for the Eastern District of Pennsylvania. My appearance has been entered in the above-captioned action. (ECF No. 21.)

2.     James B. Saylor, Esq., is a partner of my firm, Kelley Drye & Warren LLP, with an office located at 3 World Trade Center, 175 Greenwich Street, New York, NY 10007. Attorney Saylor's telephone number is (212) 808-5052, his facsimile number is (212) 808-7897, and his email address is jsaylor@kelleydrye.com.

3.     Attorney Saylor is admitted to practice and is in good standing before the State of New York, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, the United States District Court for the Southern

District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of Ohio, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Tenth Circuit.  Attorney Saylor was admitted to the United States Court of Appeals for the Eleventh Circuit, but his status is currently inactive.

4.      Defendant desires Attorney Saylor to participate in this litigation and Attorney Saylor is particularly qualified to represent Defendant because he is intimately familiar with the underlying facts of this matter, has previously litigated against Plaintiff's counsel in similarly situated matters, and a substantial portion of Attorney Saylor's legal practice involves defending companies against state and federal telemarketing class actions.

5.      Attorney Saylor's declaration in support of this Motion is submitted herewith as Exhibit A.

6.      I understand that the *pro hac vice* admission of Attorney Saylor does not relieve me of responsibility for this matter before the Court.

7.      Plaintiff's counsel consents to Attorney Saylor's Motion for *Pro Hac Vice* Admission.

WHEREFORE, the undersigned counsel respectfully requests that the Court enter an order admitting James B. Saylor, Esq. *pro hac vice* as counsel for Defendant C/T Install America, LLC in the above-captioned action.

- 3 -

**KELLEY DRYE & WARREN LLP**

/s/ *Steven W Schlesinger*
Steven W Schlesinger
PA Attorney ID 332869
3 World Trade Center
175 Greenwich Street
New York, NY 10007
sschlesinger@kelleydrye.com
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for Defendant C/T Install America,*
*LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 16, 2026 the foregoing Motion for *Pro Hac Vice* Admission was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Steven W Schlesinger*
Steven W Schlesinger

**UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VIRGINIA COLE, *on behalf of herself and others similarly situated*, | : : : | CIVIL ACTION NO. 5:25-cv-0351-CH |
| Plaintiff, | : : | |
| v. | : : | |
| C/T INSTALL AMERICA, LLC, | : : | |
| Defendant. | : | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____ 2026, it is hereby ORDERED that the Application of James B. Saylor, Esq., to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

The Clerk is DIRECTED to add James B. Saylor, Esq. as counsel for Defendant, C/T Install America, LLC.  James B. Saylor, Esq. is directed to request ECF filing access using their PACER Account.

BY THE COURT:

_____
CATHERINE HENRY, J.