# Exhibit A

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA COLE, *on behalf of herself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> C/T INSTALL AMERICA, LLC, <br><br> Defendant. | CIVIL ACTION NO. 5:25-cv-03531-CH <br><br><br><br><br><br> MARCH 16, 2026 |

**DECLARATION OF JAMES B. SAYLOR IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

      I, JAMES B. SAYLOR, hereby declare under the penalty of perjury that the following is true and correct:

      1.    I am admitted to practice in the following jurisdictions:

| Jurisdiction | Admission Date |
|---|---|
| State of New York | 2013 |
| United States District Court for the Northern District of Illinois | 2017 |
| United States District Court for the Eastern District of Michigan | 2018 |
| United States District Court for the Southern District of New York | 2013 |
| United States District Court for the Eastern District of New York | 2013 |
| United States District Court for the Northern District of Ohio | 2022 |
| United States District Court for the Western District of Wisconsin | 2023 |
| United States District Court for the Eastern District of Wisconsin | 2023 |
| United States Court of Appeals for the First Circuit | 2016 |
| United States Court of Appeals for the Second Circuit | 2020 |
| United States Court of Appeals for the Sixth Circuit | 2016 |

| United States Court of Appeals for the Seventh Circuit | 2018 |
| United States Court of Appeals for the Ninth Circuit | 2017 |
| United States Court of Appeals for the Tenth Circuit | 2022 |

2.  I am a member in good standing in each of the foregoing jurisdictions. All of the foregoing bar memberships are currently active. I was previously admitted to the United States Court of Appeals for the Eleventh Circuit, but my membership is currently inactive.

3.  I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

4.  I have read Your Honor's Policies and Procedures and agree to adhere to them in all respects.

5.  I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and Local Civil Rules of this Court and agreed to be bound by both sets of Rules for the duration of this case.

6.  If pro hac vice status is granted, I will in good faith continue to advise Attorney Schlesinger of the status of this case and of all material developments herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of March, 2026.

James B. Saylor
**Kelley Drye & Warren LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-5052
Fax: (212) 808-7897
jsaylor@kelleydrye.com