**UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VIRGINIA COLE, *on behalf of herself and others similarly situated*, | : | CIVIL ACTION NO. 5:25-cv-3531-CH |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| C/T INSTALL AMERICA, LLC, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 17th day of March 2026, it is hereby ORDERED that the Application of James B. Saylor, Esq., to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

The Clerk is DIRECTED to add James B. Saylor, Esq. as counsel for Defendant, C/T Install America, LLC. James B. Saylor, Esq. is directed to request ECF filing access using their PACER Account.

BY THE COURT:

/s/ Catherine Henry
_____
CATHERINE HENRY, J.