**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| | **Civil action No. _____-CH** |
| | For plaintiff(s) *at the conference*: |
| **v.** | |
| | For defendant(s) *at the conference*: |

## REPORT OF RULE 26(F) MEETING

In accordance with Fed. R. Civ. P. 26(f) and Judge Henry's order scheduling an initial pretrial conference, the parties jointly submit this report of their meeting.

Pretrial conference scheduled: [*Date*], [*Time*], [*in Philadelphia/Easton or by phone/video*]
The parties' Rule 26(f) meeting was held: [*Date*], [*in person or by video/phone*]

☐ The parties have familiarized themselves with Judge Henry's policies and procedures and the local civil rules.

☐ The parties report that their Rule 26 conference was in-person, by videoconference, or if those were unavailable, by phone, and not principally in writing.

☐ The plaintiff has made a demand in the amount of

The parties request a referral to Magistrate Judge José R. Arteaga for a settlement conference:

☐ Before discovery begins      ☐ After some or all discovery      ☐ Neither

Judge Henry's Rule 16 conference typically consists of only a brief discussion of the parties' desired deadlines and any other pressing matters. It is not necessary for counsel make parties available.

### I.    Recommended deadlines

☐ No expert discovery: The parties recommend 90 days for discovery.

☐ Expert discovery: The parties recommend 90 days for non-expert discovery followed by 30 days for expert discovery, followed by 30 days for rebuttal expert discovery.

☐ The parties recommend 30 days for dispositive motions, followed by 21 days for a response.

If not the defaults above, we recommend the following case management deadlines, as relevant:

Amending claims/parties: _____

Fact discovery: _____

Affirmative expert discovery: _____

Rebuttal expert discovery: _____

Expert depositions: _____

Dispositive motions: _____

Additional scheduling notes, case management requests, or reasons for elongated timelines:

## II.  Summary of claims and defenses

Plaintiff requests:  ☐ Jury trial   ☐ Arbitration   ☐ Mediation
☐ Trial before Judge Henry   ☐ Trial before Magistrate Judge Arteaga

Defendant requests ☐ Jury trial   ☐ Arbitration   ☐ Mediation
☐ Trial before Judge Henry   ☐ Trial before Magistrate Judge Arteaga

*If the operative complaint (with attachments) is shorter than 20 pages, no summary of the claims is needed. Otherwise, provide a short summary of the claims and defenses.*

## III.  Anticipated motions and other litigation

*Note any further anticipated litigation besides motions for summary judgment or straight-forward motions* in limine *that can be ruled upon at a final pretrial conference.*

IV. **Additional issues and trial readiness**

*So that Judge Henry may set a final pretrial conference and trial date, include periods of unavailability for trial during the period 3–9 months after the proposed date for dispositive motions.*

Signed,

See additional pages