IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VIRGINIA COLE, *on behalf of herself and*    :
*others similarly situated,*      :
           Plaintiff,     :   CIVIL ACTION
                       :
        v.              :   NO.  25-3531
                       :
C/T INSTALL AMERICA, LLC     :
           Defendant.    :

## SCHEDULING ORDER

**AND NOW**, this 4th day of May, 2026, after an Initial Pretrial Conference held with counsel on **May 4, 2026**, it is hereby **ORDERED** as follows:

1.      Any amendment to the pleadings shall be made by **July 6, 2026.**

2.      The parties shall file a joint status report by **October 2, 2026**.

3.      All fact discovery shall be completed by **January 6, 2027**.

4.      Affirmative expert discovery shall be completed by **February 5, 2027**.

5.      Rebuttal expert discovery shall be completed by **March 8, 2027**.

6.      Expert depositions shall be completed by **April 7, 2027**.

7.      Motions for class certification shall be filed by **April 23, 2027**.

8.      Motions for summary judgment and any other dispositive motions shall be filed by **May 24, 2027**.  Responses to any motions for summary judgment shall be filed by **June 14, 2027**.

Reply briefs in support of summary judgment shall be filed by **June 28, 2027**.

                     **BY THE COURT:**

                     /s/ Catherine Henry
                     **CATHERINE HENRY, J.**