**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VIRGINIA COLE *on behalf of herself and others similarly situated*, | ) | Civil Action No.: 5:25-cv-03531-CH |
| | ) | Class Action Complaint |
| Plaintiff, | ) | |
| | ) | Jury Trial Demanded |
| v. | ) | |
| | ) | |
| C/T INSTALL AMERICA, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: September 8, 2026

PLAINTIFF,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510

*/s/ James B. Saylor*
James B. Saylor (admitted *pro hac vice*)
Steven W Schlesinger
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
jsaylor@kelleydrye.com
sschlesinger@kelleydrye.com

*Attorneys for Defendant*
*C/T Install America, LLC*